UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GIULIANO GAGLIONE,

Plaintiff,

v.

EXPERT PROPERTY MANAGEMENT, et al.,

Defendant.

No. 2:26-cv-01474-DJC-CKD (PS)

ORDER

Plaintiff, who is proceeding without counsel in this action, requests leave to proceed in forma pauperis ("IFP").[1] (ECF No. 2.) See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person who is unable to pay such fees). Plaintiff's application appears to be printed from the Judicial Council of California website pursuant to California Government Code § 68633. Id. Plaintiff's application is devoid of information necessary to determine whether he qualifies for IFP status.

For the reasons set forth above, IT IS ORDERED as follows:

1. The Clerk's Office is DIRECTED to mail to Plaintiff's address a copy of the IFP form used by this District;

[1] Actions in which a party proceeds without counsel are referred to a magistrate judge pursuant to E.D. Cal. L.R. 302(c)(21). See 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72.

2. Plaintiff is ORDERED to submit a new IFP affidavit within thirty (30) days of receipt of the IFP form. Failure to do so may lead to a recommendation to deny IFP and dismiss this matter without prejudice.

Dated: August 18, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7 galg.26cv4174.ifp